IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TAYLOR MARCELL,

          Plaintiff,

vs.                              CIV 06-0693 JC/KBM

PERVERTED JUSTICE.COM., et al.,

          Defendants.


<u>ORDER DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE</u>

     This matter having come before the Court by the Court's Order to Show Cause, and the Plaintiff having filed a timely Response to the Order to Show Cause requesting that the Complaint be dismissed without prejudice; and the Court being fully apprised hereby orders:

     1.     Plaintiff's Complaint filed herein is dismissed without prejudice.

_____
KAREN B. MOLZEN
UNITED STATES MAGISTRATE JUDGE


Respectfully Submitted:

/s/ Eric D. Dixon 8-9-07
_____
Eric D. Dixon
Attorney and Counselor at Law, P.A.
301 South Avenue A,
Portales, New Mexico, 88130
(505) 3591233
Facsimile: (505) 3564946
Attorney for Plaintiff